ACCEPTED
03-14-00585-CR
4241412
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/23/2015 6:59:59 AM
JEFFREY D. KYLE
CLERK

**IN THE THIRD COURT OF APPEALS**
**FOR THE STATE OF TEXAS**

**LEVARDO CANTOS**

**V.**                                    NO. 3-14-00585-CR

**THE STATE OF TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/23/2015 6:59:59 AM
JEFFREY D. KYLE
Clerk

**APPELLANT'S FIRST MOTION FOR**
**EXTENSION OF TIME TO FILE BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, Leovardo Cantos, by and through his attorney of record, Linda Icenhauer-Ramirez, and files this his First Motion for Extension of Time to Brief and in support thereof, would show the Court the following:

**I.**

That the above-styled and numbered cause is styled The State of Texas v. Levardo Cantos, Cause Number 13-2081-K277 in the 277th Judicial District Court of Travis County, Texas. Appellant was sentenced on August 11, 2014.

**II.**

Appellant was convicted of the offense of aggravated assault with serious bodily injury and punishment was assessed at fifteen (15) years.

**III.**

Appellant's motion for new trial was filed on September 10, 2014. Notice of appeal was filed on September 10, 2014. The reporter's record was filed on January 15, 2015, and the clerk's record was filed on January 15, 2015. The exhibits were filed on January 23, 2015. The due date for the brief is Monday, February 23, 2015.

**IV.**

This is Appellant's first motion for extension of time to file his brief. Appellant respectfully requests a forty-five day extension of time to file the brief, which would make such brief due on Thursday, April 9, 2015.

**V.**

The undersigned attorney has begun work on this case but has been unable to complete the brief due to necessary work needed to be completed on several other appeal cases and due to her busy schedule in both the district and county courts of Travis, Williamson and Hays Counties. She is currently in the process of finishing up a brief in the case of Robert Ritz v. State of Texas, Cause No. 03-14-00403-CR which is due March 19, 2015. In addition she has a supplemental brief due on March 3, 2015 in the case of In the Matter of J.M., 03-14-00027-CV. She is also working on briefs in other cases including State of Texas v. Brian Roland Chandler, Cause No. 03-14-00547-CR, which is due on March 13, 2015 and Troy Luther Williams v. State of Texas, Cause Nos. 03-14-00228-CR and 03-14-00229-CR. She asks that this extension be granted so that she may effectively represent Appellant and so that justice may be done in this case.

Respectfully Submitted

/s/ Linda Icenhauer-Ramirez
LINDA ICENHAUER-RAMIREZ
Attorney at Law
1103 Nueces
Austin, Texas 78701
(512) 477-7991
FAX #: (512) 477-3580
SBN: 10382944
EMAIL: ljir@aol.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion was computer generated and contains 502  words, as calculated by the word count function on my computer.

                         /s/ Linda Icenhauer-Ramirez
                         LINDA ICENHAUER-RAMIREZ

## CERTIFICATE OF SERVICE

I, Linda Icenhauer-Ramirez, hereby certify that a true and correct copy of the foregoing Appellant's First Motion for Extension of Time to Brief was served by e-file to John Prezas of the Williamson County District Attorney's Office on this the 23rd day of February, 2015.

                         /s/ Linda Icenhauer-Ramirez
                         LINDA ICENHAUER-RAMIREZ